CJF2.6.19
PCM/BKM: USAO 2018R00902

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2019 FEB -7  PM 1: 15

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

AT BALTIMORE

BY _____ /s/ _____ DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| v. | * CRIMINAL NO. ELH-19-060 |
| **JAMES IAN PICCIRILLI,** | * (Possession of Machine Gun, 18 U.S.C. § 922(o); Possession of Unregistered Firearm, 26 U.S.C. § 5861(d); Forfeiture, 18 U.S.C. § 924(d), 26 U.S.C. § 5872, 28 U.S.C. § 2461(c)) |
| **Defendant.** | * |

*******

## INDICTMENT

### COUNT ONE
(Possession of Machine Gun)

The Grand Jury for the District of Maryland charges that:

On or about October 5, 2018, in the District of Maryland, the defendant,

**JAMES IAN PICCIRILLI,**

knowingly possessed a machine gun, that is, a MKE, model AT-43, 5.56mm caliber firearm, unknown manufacturer, serial number T0624-10P00446, in violation of Title 18, United States Code, Section 922(o).

18 U.S.C. § 922(o)

## COUNT TWO
### (Possession of Machine Gun)

The Grand Jury for the District of Maryland further charges that:

On or about December 14, 2018, in the District of Maryland, the defendant,

**JAMES IAN PICCIRILLI,**

knowingly possessed the following machine guns, in violation of Title 18, United States Code, Section 922(o):

1. A MKE, model Z5K, 9mm Luger caliber firearm, unknown manufacturer, serial number T0624-15BJ00242

2. A RPK, 7.62x39mm caliber firearm, unknown manufacturer, serial number UD1261

3. An Ohio Rapid Fire, model Vz 58, 7.62x39mm caliber firearm, unknown manufacturer, serial number 02089

4. A DSA, model RPDS, 7.62x39mm caliber firearm, unknown manufacturer, serial number 10305

5. A MKE, model Z5P, 9mm Luger caliber firearm, unknown manufacturer, serial number T0624-15BK01044

6. A MKE, model Z43P, 5.56mm caliber firearm, unknown manufacturer, serial number T0624-15BF00391

7. A MKE, model Z5RS, 9mm Luger caliber firearm, unknown manufacturer, serial number T0624-15BH01945

8. A MKE, model Z5RS, 9mm Luger caliber firearm, unknown manufacturer, serial number T0624-15BH00241

9. A MKE, model Z43P, 5.56mm caliber firearm, unknown manufacturer, serial number T0624-15BF00324

10. An IMI UZI, model B, 9mm Parabellum caliber firearm, unknown manufacturer, serial number SA39825

18 U.S.C. § 922(o)

## COUNT THREE
### (Possession of Unregistered Firearm)

The Grand Jury for the District of Maryland further charges that:

On or about December 14, 2018, in the District of Maryland, the defendant,

### JAMES IAN PICCIRILLI,

unlawfully and knowingly possessed a firearm as defined in 26 U.S.C. § 5845(a), that is, seven cylindrical devices, no manufacturer marks or serial numbers, capable of diminishing the sound report of a portable firearm, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5845(a), 5861(d), and 5871, and Title 18, United States Code, Section 921(a)(24).

26 U.S.C. § 5841
26 U.S.C. § 5845(a)
26 U.S.C. § 5861(d)
26 U.S.C. § 5871
18 U.S.C. § 921(a)(24)

3

## COUNT FOUR
### (Possession of Unregistered Firearm)

The Grand Jury for the District of Maryland further charges that:

On or about December 14, 2018, in the District of Maryland, the defendant,

### JAMES IAN PICCIRILLI,

unlawfully and knowingly possessed a firearm as defined in 26 U.S.C. § 5845(a), that is, an IMI UZI, 9mm Parabellum caliber firearm, unknown manufacturer, serial number 10725, having a barrel or barrels of less than 16 inches in length, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5845(a), 5861(d), and 5871, and Title 18, United States Code, Section 921(a)(8).

26 U.S.C. § 5841
26 U.S.C. § 5845(a)
26 U.S.C. § 5861(d)
26 U.S.C. § 5871
18 U.S.C. § 921(a)(8)

## FORFEITURE

The Grand Jury for the District of Maryland further charges that:

1. Pursuant to Fed. R. Crim. P. Rule 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence, in accordance with Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Title 26 United States Code, Section 5872, in the event of the defendant's conviction under Counts One through Four of this Indictment.

2. As a result of the offenses alleged in Counts One through Four of this Indictment, the defendant,

### JAMES IAN PICCIRILLI,

shall forfeit to the United States the firearms involved in the commission of the offense.

18 U.S.C. § 924(d)
26 U.S.C. § 5872
28 U.S.C. § 2461(c)

*Robert K. Hur* /brm
Robert K. Hur
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

2/7/19
Date

5