AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Maryland

| | |
|---|---|
| United States of America<br>v.<br>James Ian Piccirilli<br><br>*Defendant* | ) ) ) ) ) ) ) Case No. ELH-19-060 |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   James Ian Piccirilli  ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

   Possession of Machine Gun, Possession of Unregistered Firearm

Date:   02/07/2019

*Issuing officer's signature*

City and state:   Baltimore, Maryland          Beth P. Gesner, U.S Magistrate Judge
                                                *Printed name and title*

---

**Return**

This warrant was received on *(date)* 02/13/19 , and the person was arrested on *(date)* 02/13/19
at *(city and state)* Baltimore, MD  .

Date: 02/13/19

*Arresting officer's signature*

A. MARESCA, DUSM
*Printed name and title*