IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.                                                    Case No.   ELH-19-0060

JAMES IAN PICCIRILLI

\* \* \* \* \* \*

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The above named Defendant having been found to be indigent and entitled to appointment of counsel under the Criminal Justice Act, and the government having proffered that they know of no conflict precluding appointment of the Public Defender,

IT IS ORDERED this __13th__ day of ___February___, __2019__, that the Federal Public Defender for the District of Maryland is appointed to represent the above named Defendant.

_____
J. Mark Coulson
United States Magistrate Judge