IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**Plaintiff** | 2019 FEB 15  PM 4:48 |
| vs. | CLERK'S OFFICE<br>AT BALTIMORE<br>BY _____ DEPUTY       **Case No.: ELH-19-0060** |
| **JAMES IAN PICCIRILLI**<br>**Defendant** | * |

\*\*\*\*\*\*

### Stipulation Regarding Return of Exhibits

The parties hereby **STIPULATE** that the below listed physical exhibits be returned to the custody of and retained by counsel who offered them, pending appeal.

| **GOVERNMENT'S EXHIBITS** | **DEFENDANT'S EXHIBITS** |
|---|---|
| All | All |
| All Plaintiff's/Government's exhibits returned: 2/15/19 | All Defendant's exhibits returned: 2/15/19 |

Received the above listed exhibits this date: _____

Counsel for Plaintiff(s)/Government: _[signature]_

Counsel for Defendant(s): _[signature]_

Date: February 15, 2019