## UNITED STATES OF AMERICA

vs.

## JAMES IAN PICCIRILLI

**Criminal No. ELH-19-0060**

FILED
U.S DISTRICT COURT
DISTRICT OF MARYLAND

2019 FEB 15  PM 4: 48

CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

**Defendant's Exhibits**

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | 2/15/2019 | 2/15/2019 | VARIOUS |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Exhibit List (Rev. 3/1999)