## UNITED STATES OF AMERICA

**vs.**

## JAMES IAN PICCIRILLI

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2019 FEB 15  PM 4: 48

CLERK'S OFFICE
AT BALTIMORE

**Criminal No. ELH-19-0060**

BY _____ DEPUTY

**Government Exhibits**

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | 2/15/2019 | 2/15/2019 | **Machine Gun [photograph]** |
| 2 | 2/15/2019 | 2/15/2019 | **Short Barrel Gun [photograph]** |
| 3 | 2/15/2019 | 2/15/2019 | **Exhibit of Guns [photograph]** |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Exhibit List (Rev. 3/1999)