UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| United States of America | * |
| | * |
| | *   Case:   1:19-cr-00060-ELH |
| | * |
| | * |
| | * |
| v. | * |
| | * |
| | * |
| James Ian Piccirilli | * |
| | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**LINE**

Dear Madam Clerk:

Please enter the appearance of Seth R. Okin, Esq. as Counsel for Defendant in the above-captioned matter.

Price Benowitz, LLP

_____/s/_____
Seth R. Okin, Esq. (#18963)
*Counsel for James Ian Piccirilli*
Price Benowitz LLP
108 West Timonium Road
Suite 303
Timonium, Maryland 21093
(410) 952-2332
sethokinlaw@gmail.com

Certificate of Service

A copy of this Line was delivered by electronic filing to the United States Attorney on the 20th day of February, 2019.

_____/s/_____
Seth R. Okin, Esq. (#18963)