IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * |
| | *   CRIMINAL NO. ELH-19-060 |
| JAMES IAN PICCIRILLI, | * |
| | * |
| Defendant. | * |
| | * |
| ******* | |

**CONSENT MOTION TO EXCLUDE TIME
UNDER THE SPEEDY TRIAL ACT**

The United States of America respectfully submits this Consent Motion to Exclude Time Under the Speedy Trial Act and states as follows:

1. On February 7, 2019, a federal grand jury returned an indictment charging the Defendant with two counts of Possession of a Machine Gun in violation of 18 U.S.C. § 922(o) and two counts of Possession of an Unregistered Firearm in violation of 26 U.S.C. § 5861(d). The Defendant had his initial appearance on February 13, 2019, and arraignment on February 15, 2019.

2. The Court has scheduled an initial telephone status conference for March 15, 2019.

3. The Speedy Trial Act requires a trial within 70 days of a defendant's indictment or initial appearance, whichever is later. 18 U.S.C. § 3161(c)(1). The Act also provides various circumstances when time may be excluded from the speedy trial computation—for example, upon a finding by the Court that "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." *Id.* § 3161(h)(7)(A).

4. Here, the Government asks that the period from February 15, 2019 to March 15, 2019, be excluded from computation under the Act. Such an exclusion serves the interests of justice and outweighs the interests of the public and Defendant in a speedy trial, for several reasons.

2

The parties have recently executed a discovery agreement.  Additional time is needed for the Government to produce discovery and the defense to review it.  In addition, the requested exclusion will allow the parties sufficient time to participate in plea negotiations and, should those negotiations fail, to submit and resolve pretrial motions.

     5.     Counsel for Defendant consents to the requested exclusion of time.

WHEREFORE, the Government respectfully requests that this Court exclude time under the Speedy Trial Act for the period from February 15, 2019 to March 15, 2019.

                              Respectfully submitted,

                              Robert K. Hur
                              United States Attorney

Date:   February 22, 2019                           /s/
                              Brandon Moore
                              Patricia McLane
                              Assistant United States Attorneys
                              36 S. Charles Street, Fourth Floor
                              Baltimore, Maryland 21201
                              Phone: (410) 209-4800

3

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 22nd day of February, 2019, a copy of the foregoing Consent Motion to Exclude Time Under the Speedy Trial Act was served via CM/ECF to all counsel of record.

/s/
Brandon Moore
Assistant United States Attorney