IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * |
| | *   CRIMINAL NO. ELH-19-060 |
| JAMES IAN PICCIRILLI, | * |
| | * |
| Defendant. | * |
| | * |

*******

**CONSENT MOTION TO EXCLUDE TIME**
**UNDER THE SPEEDY TRIAL ACT**

The United States of America respectfully submits this Consent Motion to Exclude Time Under the Speedy Trial Act and states as follows:

1. On February 7, 2019, a federal grand jury returned an indictment charging the Defendant with two counts of Possession of a Machine Gun in violation of 18 U.S.C. § 922(o) and two counts of Possession of an Unregistered Firearm in violation of 26 U.S.C. § 5861(d). The Defendant had his initial appearance on February 13, 2019, and arraignment on February 15, 2019.

2. The Court has scheduled a telephone status conference for June 27, 2019.

3. The Speedy Trial Act requires a trial within 70 days of a defendant's indictment or initial appearance, whichever is later. 18 U.S.C. § 3161(c)(1). The Act also provides various circumstances when time may be excluded from the speedy trial computation—for example, upon a finding by the Court that "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." *Id.* § 3161(h)(7)(A).

4. Here, the Government asks that the period from March 15, 2019 to June 27, 2019, be excluded from computation under the Act. Such an exclusion serves the interests of justice and outweighs the interests of the public and Defendant in a speedy trial, for several reasons.

Discovery has been substantially produced. The parties, however, are still waiting on an analysis of the firearms involved in the offense, which is being prepared by the Bureau of Alcohol, Tobacco, Firearms, and Explosives. Given the number and complexity of the firearms, the report has taken longer than anticipated, and the parties believe that the analysis will aid plea discussions or be necessary should the case proceed to trial. As such, the requested exclusion will allow the parties sufficient time to participate in plea negotiations and, should those negotiations fail, to submit and resolve pretrial motions.

5. Counsel for Defendant consents to the requested exclusion of time.

WHEREFORE, the Government respectfully requests that this Court exclude time under the Speedy Trial Act for the period from March 15, 2019 to June 27, 2019.

Respectfully submitted,

Robert K. Hur
United States Attorney

Date: May 6, 2019                             /s/
Brandon Moore
Patricia McLane
Assistant United States Attorneys
36 S. Charles Street, Fourth Floor
Baltimore, Maryland 21201
Phone: (410) 209-4800

3

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on the 6th day of May, 2019, a copy of the foregoing Consent Motion to Exclude Time Under the Speedy Trial Act was served via CM/ECF to all counsel of record.

                                                   /s/
                                  Brandon Moore
                                  Assistant United States Attorney