**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | |
| | * | **CRIMINAL NO. ELH-19-060** |
| **JAMES IAN PICCIRILLI,** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |
| | **\*\*\*\*\*\*\*** | |

## ORDER

The Court finds, upon the Government's Consent Motion to Exclude Time Under the Speedy Trial Act, that under 18 U.S.C. § 3161(h), the interests of justice will be served by continuing the trial date beyond the speedy trial date and that the ends of justice served by such a delay in the trial of this case outweigh the interests of the public and the Defendant in a speedy trial, in that:

      a.      The failure to grant this request in this proceeding would be likely to result in a miscarriage of justice;

      b.      The requested exclusion of time would allow the parties sufficient time to prepare and submit pre-trial motions, and engage in discussions regarding a disposition; and

      c.      The failure to set trial beyond the speedy trial date in this proceeding would deny counsel for the Defendant and the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, it is hereby ORDERED, this _____ day of _____, 2019, that the period from March 15, 2019 to June 27, 2019, shall be excluded from calculation under the Speedy Trial Act.

_____
ELLEN L. HOLLANDER
UNITED STATES DISTRICT JUDGE