UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| V. | * | Cr. No. ELH-19-060 |
| JAMES PICCIRILLI | * | |
| **Defendant** | * | |
| * | | |
| For: JAMES PICCIRILLI | * | |

### ENTRY OF APPEARANCE

Please enter the appearance of Richard Bardos, Of Counsel, as counsel for defendant JAMES PICCIRILLI.

Respectfully submitted,

_____/s/_____
Richard Bardos
Schulman, Hershfield & Gilden, P.A.
1 East Pratt Street, 9th Floor
Baltimore, Maryland 21202
(410) 332 0850

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 13TH of June, 2019, a copy of the foregoing Notice was served electronically by ECF to: Office of the United States Attorney, 36 South Charles Street, Fourth Floor, Baltimore, Maryland 21201 and all defense counsel.

_____/s/_____
Richard Bardos