**United States District Court**
**District Of Maryland**

| | |
|---|---:|
| Chambers of | 101 West Lombard Street |
| **Ellen Lipton Hollander** | Baltimore, Maryland 21201 |
| District Court Judge | 410-962-0742 |

June 28, 2019

LETTER TO COUNSEL

      Re:    *United States of America v. James Ian Piccirilli*
                Criminal No.:  ELH-19-00060

Dear Counsel:

      This will confirm and amplify the substance of the telephone scheduling conference held on June 27, 2019.  The following schedule shall govern.

1. Defense motions are due by **July 19, 2019**.  The government's response is due by **August 19, 2019**.  The reply, if any, is due by **September 9, 2019**.

2. Motions in limine are due by the close of business on **August 2, 2019.**

3. Joint proposed jury instructions, joint proposed voir dire, and a joint proposed verdict sheet are due by **September 6, 2019**.  You may, of course, file separately, any proposed voir dire questions, jury instructions, and verdict forms upon which you cannot agree.  Copies of all submissions should be sent by Microsoft Word format to my judicial assistant, Karen Warren, at karen_warren@mdd.uscourts.gov.

4. The Court will hold a motions hearing beginning at **11:00 a.m. on October 11, 2019**, to be followed by a pretrial conference.

5. Trial (jury, 5 days), shall begin on **October 28, 2019**.  Counsel are directed to report to Chambers at **9:45 a.m.** on that date.

6. **Defense counsel must arrange for a *Lafler* hearing prior to the commencement of trial, and preferably on the morning of trial.**  It is my understanding that you may contact the magistrate judge on duty for such a hearing.

      Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

                                                       Sincerely,

                                                          /s/
                                                     Ellen Lipton Hollander
                                                   United States District Judge