IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | |
| | * | **CRIMINAL NO. ELH-19-060** |
| **JAMES IAN PICCIRILLI,** | * | |
| | * | |
| Defendant. | * | |
| | * | |

\*\*\*\*\*\*\*

**CONSENT MOTION TO EXCLUDE TIME
UNDER THE SPEEDY TRIAL ACT**

The United States of America respectfully submits this Consent Motion to Exclude Time Under the Speedy Trial Act and states as follows:

1. On February 7, 2019, a federal grand jury returned an indictment charging the Defendant with two counts of Possession of a Machine Gun in violation of 18 U.S.C. § 922(o) and two counts of Possession of an Unregistered Firearm in violation of 26 U.S.C. § 5861(d). The Defendant had his initial appearance on February 13, 2019, and arraignment on February 15, 2019.

2. The Court has scheduled a motions hearing for October 11, 2019, and trial is scheduled to start on October 28, 2019. *See* ECF No. 27.

3. The Speedy Trial Act requires a trial within 70 days of a defendant's indictment or initial appearance, whichever is later. 18 U.S.C. § 3161(c)(1). The Act also provides various circumstances when time may be excluded from the speedy trial computation—for example, upon a finding by the Court that "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." *Id.* § 3161(h)(7)(A).

4. Here, the Government asks that the period from June 27, 2019, to October 28, 2019, be excluded from computation under the Act. Such an exclusion serves the interests of justice

and outweighs the interests of the public and Defendant in a speedy trial, for two reasons.  First, the requested exclusion will allow the parties to prepare and litigate any forthcoming pretrial motions, as well as give the parties sufficient time to prepare for trial.  Second, the parties remain actively engaged in plea negotiations, and the requested exclusion will give the parties time to reach a resolution without the need for trial, if possible.

5. Counsel for Defendant consents to the requested exclusion of time.

WHEREFORE, the Government respectfully requests that this Court exclude time under the Speedy Trial Act for the period from June 27, 2019, to October 28, 2019.

Respectfully submitted,

Robert K. Hur
United States Attorney


Date:   July 2, 2019

_____/s/_____
Brandon Moore
Patricia McLane
Assistant United States Attorneys
36 S. Charles Street, Fourth Floor
Baltimore, Maryland 21201
Phone: (410) 209-4800

3

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 2nd day of July, 2019, a copy of the foregoing Consent Motion to Exclude Time Under the Speedy Trial Act was served via CM/ECF to all counsel of record.

/s/
Brandon Moore
Assistant United States Attorney