UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| V. | * | Cr. No. ELH-19-060 |
| JAMES PICCIRILLI | * | |
| Defendant | * | |
| For: JAMES PICCIRILLI | * | |

### MOTION TO AMEND RELEASE CONDITIONS
### TO PERMIT DEFENDANT TO WORK
### (CONSENT)

Defendant, James Piccirilli, by his undersigned counsel, hereby moves this Honorable Court to modify his release conditions and permit him to work, with a schedule and employment pre-approved by Pretrial Services and states:

1. Mr. Piccirilli, a former "responsible person" permitted to build machine guns under a vaile Federal Firearms License, is under indictment for possession of machine guns.

2. He was released to electronic home monitoring on February 15, 2019, into the third party custody of his grandmother. He has complied fully with her terms of release.

3. Mr. Piccirilli would like to be able to work and he has found employment as a tow truck driver.

4. Pretrial Services Officer John Stagg advises that such employment is acceptable to him so long as a work schedule is approved by him in advance.

5. Assistant United States Attorney Patricia McLane agrees with the position of Pretrial Services.

6. All other conditions of his release would remain the same.

WHEREFORE, Defendant, James Piccirilli, moves this Honorable Court to modify his release conditions and permit him to work, with a schedule and employment pre-approved by Pretrial Services

                              Respectfully submitted,

                              _____/s/_____
                              Richard Bardos
                              Schulman, Hershfield & Gilden, P.A.
                              1 East Pratt Street, 9th Floor
                              Baltimore, Maryland 21202
                              (410) 332 0850

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 5th of July, 2019, a copy of the foregoing motion was served electronically by ECF to: Office of the United States Attorney, 36 South Charles Street, Fourth Floor, Baltimore, Maryland 21201.

                        _____/s/_____
                        Richard Bardos