UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Cr. No. ELH-19-060 |
| JAMES PICCIRILLI | * | |
| **Defendant** | * | |
| For: JAMES PICCIRILLI | * | |

**ORDER AMENDING RELEASE CONDITIONS**

Upon written motion by the defendant, and with the consent of Pretrial Services and the United States Attorneys Office, it is this ___5___ of July, 2019, hereby ORDERED:

1. That the defendant's release condition, paragraph 8(t) is hereby amended to permit the defendant to obtain employment and

2. That any such employment must be approved by Pretrial Services and

3. That any schedule for employment must be approved in advance by Pretrial Services and

4. That all other conditions of release remain the same.

_____
Stephanie A. Gallagher, Magistrate Judge