UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| V. | * | Cr. No. ELH-19-060 |
| **JAMES PICCIRILLI** | * | |
| **Defendant** | * | |
| | * | |
| For: JAMES PICCIRILLI | * | |

## MOTION TO SUPPRESS EVIDENCE SEIZED IN WARRANTLESS SEARCH OF VEHICLE

JAMES PICCIRILLI, by his undersigned counsel, hereby moves this Honorable Court to suppress the items seized from a warrantless search of his Saab vehicle on December 14, 2018, and as grounds states:

1. The defendant is charged in a four count indictment with possession of machine guns on October 5 and December 14, 2018. This latter date involves, at least in part, items seized during the executions of two search warrants - one for his sister's house where he was staying at the time and the second for a Cadillac Escalade also on his sister's property. The Government did not have a warrant to search a Saab vehicle also driven by this defendant.

2. On December 14, 2018, the Government agents searched the Saab and seized evidence from it. At the time of the seizure, Mr. Piccirilli was in custody and there were no exigent circumstances requiring a warrantless search.
   See *Chambers v. Maroney*, 399 U. S. 42 (1970),

3. The search of the vehicle was therefore in violation of the defendant's Fourth Amendment rights.

4. "Warrantless searches 'are per se unreasonable,' 'subject only to a few specifically established and well-delineated exceptions.'" *Katz v. United States*, 389 U.s. 347, 357 (1967).  None of those exceptions apply in this case.

5. In addition, any and all evidence obtained subsequent to and as a result of this illegal search should also be suppressed for the same reasons. *Wong-Sun v. United States*, 371 U.S. 471 (1963).

WHEREFORE, Defendant, James Piccirilli, moves this Honorable Court suppress the items seized from a warrantless search of his Saab vehicle on December 14, 2018.

Respectfully submitted,

_____/s/_____
Richard Bardos
Schulman, Hershfield & Gilden, P.A.
1 East Pratt Street, 9th Floor
Baltimore, Maryland 21202
(410) 332 0850

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 23rd of July 2019,, a copy of the foregoing motion was served electronically by ECF to: Office of the United States Attorney, 36 South Charles Street, Fourth Floor, Baltimore, Maryland 21201 and all defense counsel.

_____/s/_____
Richard Bardos