FILED
U.S. DISTRICT COURT
[Approved]
2019 JUL 23 PM 2:42
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

USDJ 7/23/19

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| V. | * | Cr. No. ELH-19-060 |
| **JAMES PICCIRILLI** | * | |
| **Defendant** | * | |
| **For: JAMES PICCIRILLI** | * | |

## MOTION TO EXTEND TIME FOR FILING MOTIONS
### (CONSENT)

JAMES PICCIRILLI, by his undersigned counsel, hereby moves this Honorable Court to suppress all items seized from a Saab vehicle on December 14, 2018, and any fruits resulting therefrom, and as grounds states:

1. Following a conference call with the parties on June 27, 2019, and with the agreement of counsel, the Court set deadlines for the filing of defense motions, the Government's response and any defense reply. ECF 28.

2. Defense counsel had fully intended on filing a motion on July 19, 2019, but, due to scheduling changes and then circumstances somewhat beyond counsel's control, he did not do so.

3. The requested motion concerns a warrantless search of a vehicle attributed to Mr. Piccirilli on December 14, 2018. The legality of a warrantless search should be decided by the Court.

4. Undersigned counsel has spoken with counsel for the Government and can advise the Court that Government counsel consents to the granting of this motion to extend time. In addition, defense counsel would consent to any requested

extension sought by the Government for their reply.

WHEREFORE, Defendant, James Piccirilli, moves this Honorable Court to permit him to file motions two business days after the Court's deadline of July 19, 2019,

Respectfully submitted,

_____/s/_____
Richard Bardos
Schulman, Hershfield & Gilden, P.A.
1 East Pratt Street, 9th Floor
Baltimore, Maryland 21202
(410) 332 0850

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 23rd of July 2019,, a copy of the foregoing motion was served electronically by ECF to: Office of the United States Attorney, 36 South Charles Street, Fourth Floor, Baltimore, Maryland 21201 and all defense counsel.

_____/s/_____
Richard Bardos