

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*Patricia McLane*  *Suite 400*  DIRECT: 410-209-4942
*Assistant United States Attorney*  *36 S. Charles Street*  MAIN: 410-209-4800
*Patricia.McLane@usdoj.gov*  *Baltimore, MD 21201-3119*  FAX: 410-962-0717

August 6, 2019

The Honorable Ellen L. Hollander
U.S. District Court Judge
United States District Court
for the District of Maryland
101 West Lombard Street
Baltimore, MD 21201

    Re:    *United States v. James Piccirilli*
                  ELH-19-0060

Dear Judge Hollander:

    On June 27, 2019, the parties had a telephone conference with the Court regarding the above-referenced case. Subsequently, the Court set a scheduling order (ECF 27). Pursuant to the Order, the Court set an August 2, 2019, deadline for *in limine* motions. The parties write to respectfully request an extension of the deadline.

    First, the parties continue to work on a resolution short of trial. Second, until the Court rules on the substantive motions filed in this case, the parties do not know what evidence will be allowed at trial.[1] Accordingly, the parties suggest the *in limine* deadline line be extended to a date after the Court rules on the substantive motion in this matter. Specifically, the parties suggest an *in limine* deadline of October 18, 2019.

    Thank you for your consideration of this matter.

                                  Robert K. Hur
                                  United States Attorney

                                  By:__/s/_____
                                    Patricia McLane
                                    Brandon Moore
                                    Assistant United States Attorneys

---

[1] Defense filed one motion, Motion to Suppress Evidence Seized from a Warrantless Search of Saab (ECF 33).