

**U.S. Department of Justice**

*United States Attorney*

*District of Maryland*

---

*Patricia McLane*
*Assistant United States Attorney*
*Patricia.McLane@usdoj.gov*

Suite 400  DIRECT: 410-209-4942
36 S. Charles Street  MAIN: 410-209-4800
Baltimore, MD 21201-3119  FAX: 410-962-0717

August 6, 2019

The Honorable Ellen L. Hollander
U.S. District Court Judge
United States District Court
for the District of Maryland
101 West Lombard Street
Baltimore, MD 21201

[Handwritten note: Trial is set for 10/28/19. Therefore, in limine motions are due 9/16/19. /s/ 8/6/19]

Re:   *United States v. James Piccirilli*
      *ELH-19-0060*

Dear Judge Hollander:

On June 27, 2019, the parties had a telephone conference with the Court regarding the above-referenced case. Subsequently, the Court set a scheduling order (ECF 27). Pursuant to the Order, the Court set an August 2, 2019, deadline for *in limine* motions. The parties write to respectfully request an extension of the deadline.

First, the parties continue to work on a resolution short of trial. Second, until the Court rules on the substantive motions filed in this case, the parties do not know what evidence will be allowed at trial.[1] Accordingly, the parties suggest the *in limine* deadline line be extended to a date after the Court rules on the substantive motion in this matter. Specifically, the parties suggest an *in limine* deadline of October 18, 2019.

Thank you for your consideration of this matter.

Robert K. Hur
United States Attorney

By:   /s/
      Patricia McLane
      Brandon Moore
      Assistant United States Attorneys

---

[1] Defense filed one motion, Motion to Suppress Evidence Seized from a Warrantless Search of Saab (ECF 33).