

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*Brandon Moore*  *Suite 400*  DIRECT: 410-209-4826
*Assistant United States Attorney*  *36 S. Charles Street*  MAIN: 410-209-4800
*Brandon.Moore@usdoj.gov*  *Baltimore, MD 21201-3119*  FAX: 410-962-0717

September 5, 2019

Hon. Ellen L. Hollander
United States District Judge
United States Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

      Re:   <u>United States v. James Ian Piccirilli</u>,
              Criminal No. ELH-19-060

Dear Judge Hollander:

    Joint proposed jury instructions, joint proposed voir dire, and a joint proposed verdict sheet are due by September 6, 2019. *See* ECF No. 27. The Government, with the consent of defense counsel, respectfully requests that that deadline be extended to September 13, 2019.

    The parties have been engaged in fruitful plea negotiations and believe that they are close to an agreement. The Government extended a written offer that expires on September 13. Based on the negotiations, and the offer's expiration date, the parties believe that they will be in the position to know more confidently whether this matter will proceed to trial on September 13. By that day, the parties intend either to present a plea agreement or the proposed jury instructions, proposed voir dire, and proposed verdict sheet.

    Thank you for your consideration of this matter.

                                        Very truly yours,

                                        Robert K. Hur
                                        United States Attorney

                                        _____/s/_____
                                        Brandon Moore
                                        Patricia McLane
                                        Assistant United States Attorneys

Filed on CM/ECF: September 5, 2019