

**U.S. Department of Justice**

United States Attorney

District of Maryland

*Brandon Moore*
*Assistant United States Attorney*
*Brandon.Moore@usdoj.gov*

Suite 400   DIRECT: 410-209-4826
36 S. Charles Street   MAIN: 410-209-4800
Baltimore, MD 21201-5119   FAX: 410-962-0717

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2019 SEP -5 PM 1:17
CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

September 5, 2019

Approved -
ELH
USDJ
9/5/19

Hon. Ellen L. Hollander
United States District Judge
United States Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

    Re:    United States v. James Ian Piccirilli,
            Criminal No. ELH-19-060

Dear Judge Hollander:

    Joint proposed jury instructions, joint proposed voir dire, and a joint proposed verdict sheet are due by September 6, 2019. *See* ECF No. 27. The Government, with the consent of defense counsel, respectfully requests that that deadline be extended to September 13, 2019.

    The parties have been engaged in fruitful plea negotiations and believe that they are close to an agreement. The Government extended a written offer that expires on September 13. Based on the negotiations, and the offer's expiration date, the parties believe that they will be in the position to know more confidently whether this matter will proceed to trial on September 13. By that day, the parties intend either to present a plea agreement or the proposed jury instructions, proposed voir dire, and proposed verdict sheet.

    Thank you for your consideration of this matter.

                              Very truly yours,

                              Robert K. Hur
                              United States Attorney

                              _____/s/_____

                              Brandon Moore
                              Patricia McLane
                              Assistant United States Attorneys

Filed on CM/ECF: September 5, 2019