**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2019 SEP -9 PM 2:33

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

September 9, 2019

MEMORANDUM TO COUNSEL

Re:  *United States of America v. James Ian Piccirilli*
     Criminal No.: SDT-19-00060

Dear Counsel:

As you have undoubtedly noted, the above referenced case has been reassigned to Judge Stephanie Thacker, who has graciously agreed to assist the Court with its heavy caseload. She has been designated to handle this case. That decision was made before you indicated that the case may resolve by way of a guilty plea.

In any event, Judge Thacker is not available to conduct the trial on the date that was previously scheduled pursuant to my letter of June 28, 2019 (ECF 27). Please contact Judge Thacker for the scheduling of all further proceedings. She may be reached at 304-347-3516.

Sincerely,

/s/
Ellen Lipton Hollander
United States District Judge

cc: The Honorable Stephanie D. Thacker