IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| v. | * |
| | *   **CRIMINAL NO. SDT-19-060** |
| **JAMES IAN PICCIRILLI,** | * |
| | * |
| **Defendant.** | * |
| | * |
| ******* | |

**MOTION OF THE UNITED STATES TO**
**SCHEDULE A CHANGE OF PLEA HEARING**

Comes now the United States of America, by Brandon Moore and Patricia McLane, Assistant United States Attorneys for the District of Maryland, to respectfully request that the Court set a date, time, and location for a guilty plea hearing to be held with regard to the above-styled case.

The United States has conferred with defense counsel, and the parties are available the afternoon of 9/27, and any time on 10/3 or 10/4.

Respectfully submitted,

Robert K. Hur
United States Attorney


_____/s/_____
Brandon Moore
Patricia McLane
Assistant United States Attorneys
36 S. Charles Street, Fourth Floor
Baltimore, Maryland 21201
Phone: (410) 209-4800

Date:   September 17, 2019

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 17th day of September, 2019, a copy of the foregoing motion was served via CM/ECF to all counsel of record.

/s/
Brandon Moore
Assistant United States Attorney