

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*Brandon Moore* | *Suite 400* | DIRECT: 410-209-4826
*Assistant United States Attorney* | *36 S. Charles Street* | MAIN: 410-209-4800
*Brandon.Moore@usdoj.gov* | *Baltimore, MD 21201-3119* | FAX: 410-962-0717

September 25, 2019

Hon. Stephanie D. Thacker
United States Circuit Judge
Robert C. Byrd United States Courthouse
300 Virginia Street
Charleston, West Virginia 25301

   Re: United States v. James Ian Piccirilli,
      Criminal No. SDT-19-060

Dear Judge Thacker:

  We write in response to the Court's memorandum opinion, dated September 23, 2019. *See* ECF No. 42. In light of the issues raised in the opinion, the parties are refashioning the plea agreement to include a superseding information charging a different offense—the completed illegal possession of an unregistered firearm in violation of 26 U.S.C. § 5861(d), rather than the attempted illegal transfer of a firearm in violation of 26 U.S.C. § 5861(e). The parties believe that the change will resolve both of the issues raised by the Court.

  In an effort to keep the proceedings on schedule, the government will forward a copy of the updated plea agreement to chambers once it is authorized. Please let us know if you have any additional questions.

                Very truly yours,

                Robert K. Hur
                United States Attorney

                  /s/
                Brandon Moore
                Patricia McLane
                Assistant United States Attorneys

cc: Richard Bardos, Esq.