# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * |
| | * CRIMINAL NO. SDT-19-060 |
| JAMES IAN PICCIRILLI, | * |
| Defendant. | * |

\*\*\*\*\*\*\*

## MOTION OF THE UNITED STATES TO
## SCHEDULE A CHANGE OF PLEA HEARING

Comes now the United States of America, by Brandon Moore and Patricia McLane, Assistant United States Attorneys for the District of Maryland, to respectfully request that the Court set a date, time, and location for a guilty plea hearing to be held with regard to the above-styled case.

The parties are available November 4 and November 5, 2019.

Respectfully submitted,

Robert K. Hur
United States Attorney

/s/
Brandon Moore
Patricia McLane
Assistant United States Attorneys
36 S. Charles Street, Fourth Floor
Baltimore, Maryland 21201
Phone: (410) 209-4800

Date: September 27, 2019

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 27th day of September, 2019, a copy of the foregoing motion was served via CM/ECF to all counsel of record.

/s/
Brandon Moore
Assistant United States Attorney
